

# Missouri Court of Appeals
## Southern District

**JANUARY 14, 2015**

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b).

1. Case No. SD32991

   Re: In Re The Marriage of:
       Ramona Elaine Perkins
       and Winston Murray Perkins
       RAMONA ELAINE PERKINS,
       Petitioner-Respondent,
       v.
       WINSTON MURRAY PERKINS,
       Respondent-Appellant.